UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:17-cr-16-FtM-UACM

KAY F GOW, ROBERT T GOW and
JOHN G WILLIAMS, JR.
_____/

# ORDER

At the parties' request, the Court held an in-person status conference on July 24, 2018, to discuss the case's current posture, length of trial, trial schedule, the undersigned's preferences, and other housekeeping matters. (Doc. 103). Pertinent here, the Court also discussed the trial's location and heard the parties' positions on holding trial in the Fort Myers Division versus the Tampa Division. Defendants prefer trial in Tampa to alleviate costs and other logistical issues, while the Government prefers Fort Myers because of the case's importance to the local community. The Court took the issue under advisement.

After considering the parties' arguments, the Court's calendar, and the case file, this case will remain in the Fort Myers Division. The Court will start trial on February 6, 2019 and will conduct a four-day trial week schedule provided the Court's calendar permits doing so.

Accordingly, it is now

**ORDERED:**

1. The trial is set to start with jury selection on **February 5, 2019, at 9:00 a.m.** in the Fort Myers Division.

2. The Court will hold a Final Pretrial Conference on **Friday, February 1, 2018, at 9:30 a.m.** in Courtroom 5D.  Defendants and lead trial counsel must be present **in person**.

3. The Court will later issue a Final Criminal Scheduling Order outlining additional pretrial deadlines and instructions.

**DONE AND ORDERED** in Fort Myers, Florida, on this 8th day of August 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record